UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

JACOB M. SNOW,

        Defendant.

22-CR-121-LJV-MJR
DECISION & ORDER

---

1. On May 9, 2024, the defendant, Jacob M. Snow, pleaded guilty to a lesser included offense of Count 1 of the Indictment, namely, to violating Title 21, United States Code, Section 846 (conspiracy to possess with intent to distribute, and to distribute, 40 grams or more of fentanyl, 50 grams or more of a mixture and substance containing methamphetamine, and heroin).  Docket Item 107.

2. On May 9, 2024, the Honorable Michael J. Roemer, United States Magistrate Judge, filed a Report & Recommendation recommending that the defendant's plea of guilty be accepted and that the defendant be adjudged guilty. Docket Item 109.

3. This Court has not received objections to the Report & Recommendation in accordance with Title 28, United States Code, Section 636(b)(1), and Rule 59(b) of the Federal Rules of Criminal Procedure, and the time to object now has expired.

4. This Court has carefully reviewed *de novo* Judge Roemer's Report & Recommendation (Docket Item 109), the plea agreement (Docket Item 107), the indictment (Docket Item 11), a transcript of the plea proceeding (Docket Item 114), and the applicable law.  This Court finds no legal or factual error in Judge Roemer's

Report & Recommendation and therefore adopts Judge Roemer's recommendation that the defendant's plea of guilty be accepted and that the defendant be adjudged guilty of Count 1 of the indictment.

IT IS HEREBY ORDERED that this Court adopts Judge Roemer's May 9, 2024 Report & Recommendation, Docket Item 109, in its entirety, including the authorities cited and the reasons given therein, and it is further

ORDERED that the Court accepts the defendant's plea of guilty and defers acceptance of the plea agreement pursuant to Sentencing Guidelines Section 6B1.1(c), and the defendant, Jacob M. Snow is now adjudged guilty under Title 21, United States Code, Section 846.

SO ORDERED.

Dated:   July 28, 2024
         Buffalo, New York

_____
LAWRENCE J. VILARDO
UNITED STATES DISTRICT JUDGE